**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6478

JAMES MACKEY,

Petitioner - Appellant,

versus

WILLIE WELDON, Warden, Lieber Correctional
Institution; CHARLES CONDON, Attorney General
of the State of South Carolina,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Falcon B. Hawkins, Senior District
Judge.  (CA-99-360-6)

Submitted:  July 26, 2001          Decided:  August 2, 2001

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James Mackey, Appellant Pro Se.  Donald John Zelenka, Chief Deputy
Attorney General, Robert Eugene Bogan, OFFICE OF THE ATTORNEY
GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Mackey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Mackey v. Weldon</u>, No. CA-99-360-6 (D.S.C. Feb. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>